UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Scott Driscoll,<br><br>                    Plaintiff,<br>       v.<br><br>Navient Solutions, LLC; and DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.: 1:18-cv-00080-AJS-RCM |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 24, 2018

                                                               Respectfully submitted,

                                                               PLAINTIFF, Scott Driscoll

                                                               /s/ Jody B. Burton

                                                               Jody B. Burton, Esq.
                                                               Bar No.: 71681
                                                               LEMBERG LAW, L.L.C.
                                                               43 Danbury Road, 3rd
                                                               Wilton, CT 06897
                                                               Telephone: (203) 653-2250
                                                               Facsimile:  (203) 653-3424
                                                               jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 24, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

          By__/s/ Jody B. Burton_____

          Jody B. Burton