UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

_____

Scott Driscoll,

                Plaintiff,

    v.

Navient Solutions, LLC; and DOES 1-10, inclusive,

                Defendants.
_____

Civil Action No.: 1:18-cv-00080-AJS

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Scott Driscoll | Navient Solutions, LLC |
|---|---|
| ___/s/ Jody B. Burton_____ | ___/s/ Thomas F. Lucchesi_____ |
| Jody B. Burton, Esq. | Thomas F. Lucchesi, Esq. |
| Bar No.: 71681 | Stradley Ronon Stevens & Young, LLP |
| LEMBERG LAW, LLC | 1250 Connecticut Avenue, N.W., Suite 500 |
| 43 Danbury Road, 3rd Floor | Washington, DC 20036-2652 |
| Wilton, CT 06897 | (202) 507-6401 |
| (203) 653-2250 | Attorney for Defendant |
| Attorney for Plaintiff | |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                         By _/s/ Jody B. Burton_____
                                             Jody B. Burton